No. 6,817.—C. W. HARMON, Respondent, *v.* RICHARD O. LUNKE et al., Appellants.

Decided March 26, 1931.

PER CURIAM.—On motion of appellants the appeal herein is ordered dismissed.

*Mr. Albert Anderson* and *Mr. Paul Babcock,* for Appellants.

*Mr. Ernest L. Walton,* for Respondent.